Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
## for the
### District of Montana ☑
### _____ Division

**FILED**

**OCT 28 2024**

Clerk, U.S. Courts
District Of Montana
Billings Division

ROBERT JAMES CAVES

)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

MATHEW ZELLERS

)
)
)
)
)
)
)
)
)
)
)
)
)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

I.   **The Parties to This Complaint**

  A.   **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: ROBERT JAMES CAVES
  Address: C/O P.O. BOX 909
  GUERNSEY, WY 82214
  *City    State    Zip Code*
  County: PLATTE COUNTY
  Telephone Number: 307-630-4876
  E-Mail Address:

  B.   **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
    Name: MATHEW ZELLERS
    Job or Title (if known):
    Address: 222 N, WILBUR AVE.
    BROADUS, MT 59317
    *City    State    Zip Code*
    County:
    Telephone Number:
    E-Mail Address (if known):
    [✓] Individual capacity   [ ] Official capacity

  Defendant No. 2
    Name:
    Job or Title (if known):
    Address:
    *City    State    Zip Code*
    County:
    Telephone Number:
    E-Mail Address (if known):
    [ ] Individual capacity   [ ] Official capacity

Defendant No. 3
  Name _____
  Job or Title *(if known)* _____
  Address _____
  _____ _____ _____
  *City*        *State*       *Zip Code*
  County _____
  Telephone Number _____
  E-Mail Address *(if known)* _____

  ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
  Name _____
  Job or Title *(if known)* _____
  Address _____
  _____ _____ _____
  *City*        *State*       *Zip Code*
  County _____
  Telephone Number _____
  E-Mail Address *(if known)* _____

  ☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

    ☑ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? 42 USC 1983: Civil action for deprivation of rights, 18 USC 242: Deprivation of rights under color of law, 5 USC 3331: Oath of office, 18 USC 1581: Peonage; obstructing enforcement, 18 USC 872: Extortion by officers or employees of the United States

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

SINCE DEFENDANT TRIES TO APPLY FEDERAL MOTOR CARRIER SATUTES TO FREE MEN TRAVELING, THE SAME SHOULD APPLY.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
SAID DEFENDANT PULLED OVER PLAINTIFF DETAINED, AND TRESPASSED ON RIGHTS. INFRINGING ON THE RIGHT TO TRAVEL, FOURTH, FIFTH, EIGHTH, NINETH, AND THIRTEENTH AMENDMENTS.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
MONTANA, HIGHWAY 212

B. What date and approximate time did the events giving rise to your claim(s) occur?
OCTOBER 2ND, 2024 BETWEEN NOON AND 2:00 PM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
TRESSPASSED UPON, AFTER STOPPING FOR EMERGENCY LIGHTS, FOR NON CRIMINAL ACTIVITY, DECLAIRING MY RIGHT TO TRAVEL.DEFENDANT DETAINED, HERASSED, DEMANDED ANSWERES, AND TRIED TO TRAFFIC MY PERSON UNTIL EXTORTING MONEY TO DE FACTO CONTACTS.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

PLAINTIFF SEEKS JUDGMENT OF $755,000.00 PER US CODE, PLUS ANY AND ALL COSTS ACCRUED. -

OR AN OFFER OF COMPROMISE, OF $100,000 AND DEFENDANT AGREES TO TRAVEL THE STATE TWO DAYS A MONTH FOR A YEAR AND HELP EDUCATE OTHER MUNICIPALITIES, AND AGENCIES THAT THE PLAINTIFF AND DEFENDANT COLLABORATE ON, ABOUT THE RIGHTS OF TRAVELERS.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Oct. 28 2024

Signature of Plaintiff: By: Robert James Caves

Printed Name of Plaintiff: ROBERT JAMES CAVES

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
                *City*     *State*     *Zip Code*
Telephone Number: _____
E-mail Address: _____