IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROBERT J CAVES,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MATHEW ZELLERS,<br><br>　　　　　　Defendant. | CV 24-156-BLG-TJC<br><br>**ORDER** |

On February 13, 2025, Defendant filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6). (Doc. 5.) Subsequently, on February 26, 2025, Plaintiff filed an Amended Complaint (Doc. 9), which moots Defendant's motion. *Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). Accordingly, Defendant's Motion to Dismiss (Doc. 5) is **DENIED as moot**.

DATED this 26th day of February, 2025.

　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　TIMOTHY J. CAVAN
　　　　　　　　　　　　　　　　United States Magistrate Judge