IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBERT J. CAVES, | CV 24-156-BLG-DWM |
| Plaintiff, | |
| vs. | ORDER |
| MATTHEW ZELLERS, | |
| Defendants. | |

Plaintiff Robert J. Caves, who is proceeding pro se, has failed to respond to Defendant Matthew Zellers's motion to dismiss, (Doc. 14), by the 21-day deadline of April 2, 2025.

Accordingly, IT IS ORDERED that Caves will be permitted to respond to the motion to dismiss, (Doc. 14), on or before April 21, 2025. Failure to respond may result in the dismissal of the action for failure to prosecute or failure to comply with Court order pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

DATED this 7th day of April, 2025.

Donald W. Molloy, District Judge
United States District Court