IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROBERT J. CAVES,<br><br>             Plaintiff,<br><br>vs.<br><br>MATTHEW ZELLERS,<br><br>             Defendant. | CV 24-156-BLG-DWM<br><br>JUDGMENT |

This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of May 2, 2025, (Doc. 17), this action is DISMISSED.

Dated this 2nd day of May, 2025.

TYLER P. GILMAN, CLERK

/s/ Tyler P. Gilman